**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Electrical Workers Health and Welfare Fund, Electrical Workers, Pension Fund, Electrical Workers Vacation Fund, Twin Ports–Arrowhead Electrical Apprenticeship and Training Fund, National Electrical Industry Fund, NECA-IBEW National Labor Management Cooperation Fund, National Electrical Benefit Fund,

Plaintiffs,

v.

Myrum Electric, Inc.,

Defendant.

Civil No. 01-1297 (RHK/RLE)

**AMENDED NOTICE OF HEARING**

---

The hearing on Plaintiffs' Motion for Default Judgment against Defendant Myrum Electric, Inc. is rescheduled and will now be heard at 10:00 a.m. in the United States Courthouse, Duluth, Minnesota, on Monday, December 31, 2001.

Dated: December 27, 2001

RHK
RICHARD H. KYLE
United States District Judge

DEC 27 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK