**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ELECTRICAL WORKERS HEALTH AND WELFARE FUND, ELECTRICAL WORKERS PENSION FUND, ELECTRICAL WORKERS VACATION FUND; TWIN PORTS-ARROWHEAD ELECTRICAL APPRENTICESHIP AND TRAINING FUND, NATIONAL ELECTRICAL INDUSTRY FUND, NECA-IBEW NATIONAL LABOR MANAGEMENT COOPERATION FUND, NATIONAL ELECTRICAL BENEFIT FUND,

Plaintiffs,

vs.

ORDER
CV 01-1297 RHK/RLE

MYRUM ELECTRIC, INC.

Defendant.

The court having been advised by counsel that the above case has been settled, the parties needing additional time to finalize a settlement agreement.,

**IT IS ORDERED** that the court will retain jurisdiction over this action for an additional thirty (30) days to permit any party to move to reopen, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: March 11 , 2001

**RICHARD H. KYLE**, Judge
United States District Court

FILED MAR 11 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________